**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID SANTOS, | NO. CV 16-8020-CAS(E) |
| Petitioner, | |
| v. | JUDGMENT |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 1, 2016.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE